Central Coat, Apron & Linen Service, Inc., Respondent, v. Max Strock and Others, Appellants.—Action for a permanent injunction. Judgment enjoining defendants for a period of five years from October 28, 1932, from soliciting or serving any of the customers served by plaintiff during the period that the individual defendants were employed by plaintiff and its predecessors, unanimously affirmed,

with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.